IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIZABETH KANE, Bankruptcy Trustee, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PACAP AVIATION FINANCE, LLC, et al.,<br><br>Defendants. | CIVIL NO. 19-00574 JAO-RT<br><br>ORDER ADOPTING RECOMMENDATION TO DISTRICT COURT TO WITHDRAW REFERENCE TO SCHEDULE JURY TRIAL |

**ORDER ADOPTING RECOMMENDATION TO DISTRICT COURT TO WITHDRAW REFERENCE TO SCHEDULE JURY TRIAL**

On October 23, 2019, U.S. Bankruptcy Judge Robert J. Faris issued a Recommendation to District Court to Withdraw Reference to Schedule Jury Trial. ECF No. 1-2. Judge Faris recommended that this Court withdraw reference of this adversary proceeding to schedule a jury trial in April 2021 before a district judge. *Id.* at 2. Judge Faris further recommended that the adversary proceeding remain in bankruptcy court for all other purposes until ninety days prior to the trial date, including setting and adjusting deadlines for discovery and filing motions to join

parties, amend the complaint, compel discovery, as well as motions to dismiss and for summary judgment. *Id.*

On October 29, 2019, the Court directed the parties to file any objections to the Recommendation by November 8, 2019. There being no objections, the Court ADOPTS Judge Faris' Recommendation.

Magistrate Judge Trader shall issue a scheduling order setting an April 2021 trial date and related trial deadlines. This matter will remain with Judge Faris for all other purposes until ninety days before trial.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, November 20, 2019.

Jill A. Otake
United States District Judge