| | |
|---|---|
| Debtor: HAWAII ISLAND AIR, INC. | Case No.: **17-01078** |
| Joint Debtor: | Chapter **7** |
| Plaintiff(s): ELIZABETH A. KANE, TRUSTEE<br>vs.<br>Defendant(s): PACAP AVIATION FINANCE, et al. | Adversary Proceeding No.:<br>**19-90027** |

## TRANSMITTAL OF DOCUMENT FOR PENDING ACTION

NOTICE IS HEREBY GIVEN that the following document has been filed in the bankruptcy court and concerns a pending appeal:

☐ Bankruptcy Appellate Panel   ☒ District Court   ☐ Court of Appeals

BAP No.:   Civil No.: 19-00574 JAO-RT   Docket No:

Document(s):
- ☐ Motion for leave to appeal interlocutory order
- ☐ Responses/oppositions to motion for leave to appeal
- ☐ Amended notice of appeal
- ☐ Election for district court to hear appeal
- ☒ Other: Recommendation to Consolidate Cases (Civil Nos. 19-00574 JAO-RT with 20-00246 JMS-KJM)

Date: March 23, 2021

/s/ Michael B Dowling
Clerk