IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIZABETH A. KANE, Bankruptcy Trustee, *et al.,*<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>PACAP AVIATION FINANCE, LLC, *et al.,*<br><br>　　　　　Defendants.<br>_____<br><br>In re<br><br>HAWAII ISLAND AIR, INC.,<br><br>　　　　　Debtor.<br>_____<br><br>ELIZABETH A. KANE, Bankruptcy Trustee,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>PACAP AVIATION FINANCE, LLC, et al.,<br><br>　　　　　Defendants.<br>_____ | CV 19-00574 JAO-RT<br><br>U.S. Bankruptcy Court – Hawaii Case No. 17-01078 (Chapter 7)<br><br>Adversary Proceeding No. 19-90027<br><br><br><br><br><br>CIV. NO. 20-00246 JAO-RT<br>( CONSOLIDATED CASE )<br><br>U.S. Bankruptcy Court – Hawaii Case No. 17-01078 (Chapter 7)<br><br>Adversary Proceeding No. 19-90049<br><br>ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT CHRISTOPHER GOSSERT'S MOTION FOR APPROVAL OF GOOD FAITH SETTLEMENT PURSUANT TO HRS § 663-15.5 |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT
CHRISTOPHER GOSSERT'S MOTION FOR APPROVAL OF
GOOD FAITH SETTLEMENT PURSUANT TO HRS § 663-15.5

Findings and Recommendation having been filed and served on all parties on December 19, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, January 4, 2024

_____
Jill A. Otake
United States District Judge