# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| ELIZABETH A. KANE, Bankruptcy Trustee, et al., <br><br> Plaintiffs, | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY THIRD PARTY DEFENDANT DAVID UCHIYAMA'S MOTION FOR ATTORNEYS' FEES |
| | CIV. NO. 19-00574 JAO-RT |
| v. | U.S. Bankruptcy Court - Hawaii <br> Case No. 17-01078 (Chapter 7) |
| PACAP AVIATION FINANCE, LLC, et al., <br> Defendants. | Adversary Proceeding No. 19-90027 |
| In re | CIV. NO. 20-00246 JAO-RT <br> (CONSOLIDATED CASE) |
| HAWAII ISLAND AIR, INC., <br> Debtor. | U.S. Bankruptcy Court - Hawaii <br> Case No. 17-01078 (Chapter 7) |
| ELIZABETH A. KANE, Bankruptcy Trustee, <br><br> Plaintiff, <br><br> v. <br><br> PACAP AVIATION FINANCE, LLC, et al., <br><br> Defendants. | Adversary Proceeding No. 19-90049 |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION TO DENY THIRD PARTY DEFENDANT
<u>DAVID UCHIYAMA'S MOTION FOR ATTORNEYS' FEES</u>

Findings and Recommendation having been filed and served on all parties on July 26, 2024, *see* ECF No. 793, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: August 12, 2024, Honolulu, Hawai'i.



Jill A. Otake
United States District Judge