IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIZABETH A. KANE, Bankruptcy Trustee, *et al*.,<br><br>Plaintiffs,<br><br>vs.<br><br>PACAP AVIATION FINANCE, LLC, *et al*.,<br><br>Defendants. | Case No. CV 19-00574 JAO-RT<br><br>U.S. Bankruptcy Court - Hawaii Case No. 17-01078 (Chapter 7)<br><br>Adversary Proceeding No. 19-90027 |
| In re<br><br>HAWAII ISLAND AIR, INC.,<br><br>Debtor. | Case No. CV 20-00246 JAO-RT (Consolidated Case)<br><br>U.S. Bankruptcy Court - Hawaii Case No. 17-01078 (Chapter 7) |
| ELIZABETH A. KANE, Bankruptcy Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>PACAP AVIATION FINANCE, LLC, *et al*.,<br><br>Defendants. | Adversary Proceeding No. 19-90049<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY THIRD PARTY DEFENDANT DAVID UCHIYAMA'S RENEWED MOTION FOR ATTORNEY'S FEES |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY THIRD PARTY DEFENDANT DAVID UCHIYAMA'S RENEWED MOTION FOR ATTORNEY'S FEES**

Findings and Recommendation having been filed and served on all parties

on December 26, 2024, *see* ECF No. 889, and no objections having been filed by

any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and

Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: January 13, 2025, Honolulu, Hawaiʻi



Jill A. Otake
United States District Judge

2