# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIZABETH A. KANE, Bankruptcy Trustee, et al., | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO SUSTAIN PLAINTIFFS' OBJECTIONS TO DEFENDANT PACAP AVIATION FINANCE, LLC'S BILL OF COSTS (ECF NO. 907) |
| Plaintiffs, | |
| | CIV. NO. 19-00574 JAO-RT |
| v. | U.S. Bankruptcy Court - Hawaii Case No. 17-01078 (Chapter 7) |
| PACAP AVIATION FINANCE, LLC, et al., | |
| Defendants. | Adversary Proceeding No. 19-90027 |
| In re | CIV. NO. 20-00246 JAO-RT (CONSOLIDATED CASE) |
| HAWAII ISLAND AIR, INC., Debtor. | U.S. Bankruptcy Court - Hawaii Case No. 17-01078 (Chapter 7) |
| ELIZABETH A. KANE, Bankruptcy Trustee, | Adversary Proceeding No. 19-90049 |
| Plaintiff, | |
| v. | |
| PACAP AVIATION FINANCE, LLC, et al., | |
| Defendants. | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO SUSTAIN PLAINTIFFS'
OBJECTIONS TO DEFENDANT PACAP AVIATION FINANCE, LLC'S
BILL OF COSTS (ECF NO. 907)

Findings and Recommendation having been filed and served on all parties on March 4, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, April 11, 2025.



Jill A. Otake
United States District Judge